WALLY W. WADSWORTH
SBN: MS 100542
WADSWORTH LAW OFFICE
606 W. WHEATLAND RD., SUITE 107
DUNCANVILLE, TEXAS 75116
972-298-3100 Telephone
972-298-3333 Facsimile
law@wallywadsworth.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VALERIE KAY HANDLEY | § | Case No. 17-44950-MXM-13 |
| | § | |
| DEBTOR | § | Chapter 13 |

**MOTION TO SELL SECURED PROPERTY FREE AND CLEAR OF LIENS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW BEFORE THE COURT, Debtor, Valerie Kay Handley, and files this Motion to Sell Secured Property Free and Clear of Liens, (notwithstanding anything herein to the contrary, the liens securing payment of the current year ad valorem property taxes shall remain attached to the property to secure payment of all ad valorem property taxes assessed on the property for the current tax year and any penalties and interest that may accrue thereon) and would respectfully show the Court the following:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code. on 12/5/2017.

3. Debtor received a loan from Specialized Loan Servicing to purchase a single family residence located at 1554 Russell Glen Drive, Dallas, Texas.

4. Debtor scheduled Specialized Loan Servicing as a secured creditor on the Schedule D of the Bankruptcy as having a claim in the amount of $22,493.00 and has treated Specialized Loan Servicing as a secured creditor in Debtor's current Chapter 13 Plan. The property is also listed on Schedule A as having a secured market value of $250,000.00.

5. Debtor desires to sell the residence located at 1554 Russell Glen Drive, Dallas, Texas, to

**Grady Investments, an unrelated third party.**

**6.      Debtor and Buyer have agreed on a purchase price of $180,000.00 for the property.  The payoff amount to Specialized Loan Servicing is approximately $116,097.00.  Proceeds to Debtor are expected to be $63,903.00 and are exempt homestead proceeds.**

**7.      Debtor and Buyer have a potential closing date of June 8, 2018 as specified in the signed contract (attached hereto as Exhibit "A").  Debtor desires to close the sale of the 1554 Russell glen Drive, Dallas, Texas property as soon as possible to avoid losing the potential buyer.**

**WHEREFORE, PREMISES CONSIDERED, Debtor Valerie Kay Handley prays for an Order allowing the sale of the property located at 1554 Russell Glen Drive, Dallas, Texas; and for any other relief in both law and equity as the Court may deem appropriate.**

**Dated: June 7, 2018**

>                                 **Respectfully submitted,**
>
>                                 **/s/ Wally W. Wadsworth_____**
>                                 **Wally W. Wadsworth**
>                                 **SBN: MS  100542**
>                                 **Attorney for Debtor(s)/Movant(s)**
>                                 **606 W. Wheatland Rd., Ste 107**
>                                 **Duncanville, TX  75116**
>                                 **Telephone  972-298-3100**
>                                 **Valerie Kay Handley**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 7, 2018, Attorney Wally W. Wadsworth received an email; spoke to Ethan Cartwright Staff Attorney at the Chapter 13 Trustee's office and he indicated he had no opposition to this motion.

## CERTIFICATE OF SERVICE

The undersigned certifies on June 7, 2018 a true and correct copy of the foregoing was served by United States Mail or by electronic mail on all parties on the mailing matrix as filed on record with the Court.

>                                 **  /s/  Wally W.  Wadsworth_____**
>                                 **Wally W. Wadsworth**
>                                 **State Bar No. MS 100542**
>                                 **Attorney for Debtor(s)**

```
Label Matrix for local noticing          Dallas County                             PHH Mortgage Corporation
0539-4                                   Linebarger Goggan Blair & Sampson, LLP    Aldridge Pite, LLP
Case 17-44950-mxm13                      c/o Melissa L. Palo                       P.O. Box 17933
Northern District of Texas               2777 N. Stemmons Frwy                     San Diego, CA 92177-7921
Ft. Worth                                Suite 1000
Mon Jan 29 16:00:17 CST 2018             Dallas, TX 75207-2328

Specialized Loan Servicing LLC           Specialized Loan Servicing LLC            U.S. Attorney
14841 Dallas Parkway, Suite 300          8742 Lucent Blvd., Ste. 300               1100 Commerce, 3rd Floor
Dallas, TX 75254-7883                    Highlands Ranch, CO 80129-2386            Dallas, TX 75242-1074


U.S. Attorney General                    501 W. Tenth Street                       Aafcu
Department of Justice                    Fort Worth, TX 76102-3637                 Po Box 619001
Washington, DC 20001                                                               Dfw Airport, TX 75261-9001


Allen & Asoc                             Attorney General  of Texas                Attorney General of Texas- Child Support
147 Willis Avenue                        Collections Div- Bankruptcy Sec           Bankruptcy Reporting Contact
Mineola, NY 11501-2634                   P O Box 12548                             OAG- CSD- Mail Cod 38
                                         Austin, TX 78711-2548                     PO Box 12017
                                                                                   Austin, TX 78711-2017

Avant                                    Cap1-bstby                                (p)CAPITAL ONE
222 N. Lasalle Suite 170                 Po Box 5253                               PO BOX 30285
Chicago, IL 60601-1101                   Carol Stream, IL 60197-5253               SALT LAKE CITY UT 84130-0285


Cbna                                     Citimortgage                              City Credit Union
Po Box 6497                              Po Box 6243                               7474 Ferguson Rd
Sioux Falls, SD 57117-6497               Sioux Falls, SD 57117-6243                Dallas, TX 75228-6552


Credit One Bank Na                       Dept Of Ed-navient                        Dpt Ed-slm
Po Box 98872                             Po Box 9635                               11100 Usa Pkwy
Las Vegas, NV 89193-8872                 Wilkes Barre, PA 18773-9635               Fishers, IN 46037-9203


Fed Loan Serv                            Internal Revenue Service                  Law Office of Wally W. Wadsworth
Po Box 60610                             Special Procedures - Insovlency           606 W. Wheatland Rd.
Harrisburg, PA 17106-0610                PO Box 7346                               Suite 107
                                         Philadelphia, PA 19101-7346               Duncanville, TX. 75116-4570


National Credit Adjust                   Navient                                   Ocwen Loan Servicing L
P.o. Box 550                             123 S Justison St Ste 30                  3451 Hammond Ave
Hutchinson, KS 67504-0550                Wilmington, DE 19801-5360                 Waterloo, IA 50702-5345


Phh Mortgage Services                    Receivables Performanc                    Reviver Financial, LLC
1 Mortgage Way                           20816 44th Ave W                          PO Box 3023
Mount Laurel, NJ 08054-4624              Lynnwood, WA 98036-7744                   Attn: Bankruptcy Department
                                                                                   Hutchinson, KS 67504-3023
```

```
Rise                              Santander Consumer USA Inc.        Santander Consumer Usa
4150 International Plaza          P.O. Box 560284                    Po Box 961245
Fort Worth, TX 76109-4892         Dallas, Tx 75356-0284              Ft Worth, TX 76161-0244


Specialized Loan Servi            Specialized Loan Servicing LLC     Sw Crdt Sys
8742 Lucent Blvd Ste 300          8742 Lucent Blvd, Suite 300        4120 International Parkway
Highlands Ranch, CO 80129-2386    Highlands Ranch, Colorado 80129-2386   Carrollton, TX 75007-1958


Syncb-chevron                     Syncb-lowes                        THE BNYM TRUST Company N.A. Trustee (See 410
P.o Box 965015                    Po Box 956005                      c/o Specialized Loan Servicing LLC
Orlando, FL 32896-5015            Orlando, FL 32896-0001             8742 Lucent Blvd, Suite 300
                                                                     Highlands Ranch, Colorado 80129-2386


Texas Alcoholic Beverage Commission   (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Texas Workforce Commission
Licenses and Permit Division          REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION   PO Box 149352
PO Box 13127                          PO BOX 13528                   Austin, TX. 78714-9352
Austin, TX 78711-3127                 AUSTIN TX 78711-3528


Toyota Motor Credit Co            U.S. Department of Education       United Consumer Finl S
6565 Headquarters Drive           c/o FedLoan Servicing              865 Bassett Rd
Plano, TX 75024-5965              P.O. Box 69184                     Westlake, OH 44145-1194
                                  Harrisburg, PA 17106-9184


United Revenue Corp               United States Attorney General     United States Trustee
204 Billings St Ste 120           Department of Justice              1100 Commerce Street
Arlington, TX 76010-2495          Washington, DC 20001               Room 976
                                                                     Dallas, TX 75242-0996


United States Trustee             Webbank-fingerhut                  Pam Bassel
1100 Commerce , Room9C60          6250 Ridgewood Road                7001 Blvd 26
Dallas, TX 75242-9998             Saint Cloud, MN 56303-0820         Suite 150
                                                                     North Richland Hills, TX 76180-8811


Valerie Kay Handley               Wally W. Wadsworth                 Wally Woodrow Wadsworth
P.O. Box 765156                   Law Office of Wally W. Wadsworth   Wadsworth Law Firm
Dallas, TX 75376-5156             606 W. Wheatland Rd., Ste. 107     606 W. Wheatland Rd.
                                  Duncanville, TX 75116-4570         Suite 107
                                                                     Duncanville, TX 75116-4570
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                       Texas Comptroller of Public Accounts
15000 Capital One Dr              PO Box 13528
Richmond, VA 23238                Capitol Station
                                  Austin, Texas 78711-3528
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)Wally Woodrow Wadsworth<br>Wadsworth Law Firm<br>606 W. Wheatland Rd., Suite. 107<br>Duncanville, TX 75116-4570 | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     2<br>Total                  55 |